THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOSEPH WOOD, Appellant.

(Argued June 24, 1890; decided October 7, 1890.)

APPEAL from judgment of the Court of General Sessions of the Peace in and for the city and county of New York, entered upon a verdict rendered April 1, 1890, convicting defendant of the crime of murder in the first degree.

The following is the *mem.* of opinion:

" The record in 'this case discloses no exception that is not wholly frivolous.   The counsel for the defendant frankly confessed that he had been unable to find an exception which he thought fit for argument, but he submitted the case in the hope that in our examination of it we might find some ground upon which to base a reversal of the judgment.   The case has been carefully examined, because it involved human life, but we have been unable to find the slightest reason for disagreeing with the result arrived at in the trial court.

" By a mere filing of a notice of appeal from the judgment of conviction, the defendant has compelled the county of New York to print the whole record of his case, and it has been submitted to us by counsel in the hope that we might find that ground for reversing the judgment of conviction which he had been unable to discover.   By this process the defendant has also succeeded in having the execution of the sentence delayed several months with no good ground existing therefor.

" Whether a criminal convicted of a capital crime should have it in his power in all cases to procure such delay in the execution of his sentence is a most serious question, and as it seems to us well worthy the careful consideration of the legislature.

" The judgment should be affirmed."

*Robert J. Haire* for appellant.

*McKenzie Semple* for respondent.

*Per Curiam mem.* for affirmance.
All concur.
Judgment affirmed.